# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-608
Lower Tribunal No. 22-8205
_____

**Tania Enid Rodriguez, et al.,**
Appellants,

vs.

**Florida Peninsula Insurance Company,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez (Davie), for appellants.

Salehi, Boyer, Lavigne, Lombana P.A., Oscar Lombana, and Tanaz Salehi, for appellee.

Before LOGUE, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Cantens v. Certain Underwriters at Lloyd's London, No. 3D22-0917, 2024 WL 591695, at *1, *3 (Fla. 3d DCA Feb. 14, 2024); Cole v Universal Prop. & Cas. Ins. Co., 363 So. 3d 1089, 1093 (Fla. 4th DCA 2023); cf. Hughes v. Universal Prop. & Cas. Ins. Co., 374 So. 3d 900, 910 (Fla. 6th DCA 2023).